IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                       **PLAINTIFF**

**v.**                  **Case No. 4:23-cv-00125-KGB-PSH**

**MCFADDEN,** *et al.*                                                    **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). Plaintiff Leodis Randle has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Randle's complaint is dismissed without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 18th day of November, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge